HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
SUE ANN VAN DERMYDEN  166158
ALISON P. SANDMAN  179193
980 Ninth Street, Suite 1500
Sacramento, CA  95814
Telephone:    (916) 442-3333
Facsimile:    (916) 442-2348
svandermyden@hansonbridgett.com
asandman@hansonbridgett.com

Attorneys for Defendant  RES-CARE California, Inc., d.b.a. RCCA Services

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAINA GLASSON, | No. 05-CV-02397 GEB-DAD |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER** |
| RES-CARE CALIFORNIA, INC., d.b.a. RCCA SERVICES, | |
| Defendant. | |

Pursuant to the Court's Local Rule, Rule 6-144 and Rules 16(b) and 29 of the Federal Rules of Civil Procedure ("FRCP"), Plaintiff, DAINA GLASSON ("Plaintiff") and Defendant, RES-CARE CALIFORNIA, INC., d.b.a. RCCA SERVICES ("Defendant"), through their respective counsel, hereby enter into the following joint stipulation and respectfully request that the Court modify the Status (Pretrial Scheduling) Order as to initial expert witness disclosure and report requirements and the rebuttal expert disclosures.  Good cause exists for seeking the modification, as follows:

**RECITALS**

1. The original Rule 16 Scheduling Order was filed on February 13, 2006, and amended by Court Order on June 8, 2006.

2. Pursuant to the Court's June 8th Order, the parties are to comply with Federal rule

- 1 -

1  of Civil Procedure 26(a)'s initial expert witness disclosure and report requirements on or before
2  September 8, 2006, and with the rebuttal expert disclosures authorized under the Rule on or
3  before October 6, 2006.

4      3.    In an effort to resolve this matter, the parties have agreed to mediate this case.
5  Mediation is scheduled for August 29, 2006 before Vivien Williamson.

6      4.    While the parties are mindful of their duty to comply with the dates set forth in the
7  Amended Scheduling Order, they agree that an extension of the dates for expert disclosure will
8  help to facilitate the resolution of this case.  The parties have agreed to and jointly request that
9  additional time be granted for the parties to identify relevant expert witnesses, and otherwise
10 comply with the FRCP 26(a) requirements.  This request is based upon good cause as follows:
11 after completion of an initial round of depositions by both parties, the parties agreed to mediate
12 this case, and agree that it is more efficient and cost effective for all parties to extend the report
13 requirement dates in light of the upcoming mediation.  The parties do not wish to expend
14 resources on expert witness fees just prior to the mediation, and would rather direct those
15 resources to a possible settlement.

16     4.    The modification of the expert discovery deadlines will not affect the trial date in
17 this matter, which is set for June 26, 2007.  The parties do not believe the modification will affect
18 any of the other dates in the Amended Scheduling Order, dated June 8, 2006.

19     5.    The parties have agreed to and jointly respectfully request the Court continue the
20 expert witness disclosure and report requirements in this matter from September 8, 2006 to
21 **October 6, 2006**.

22     6.    The parties have agreed to and jointly respectfully request the Court continue the
23 rebuttal expert disclosure requirements in this matter from October 6, 2006 to **November 10,**
24 **2006**.

25     7.    The parties have agreed to and jointly respectfully request the discovery deadline
26 of **January 19, 2007** include the completion of expert witnesses, based on the parties' agreement.

27 / / /
28 / / /

JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY STATUS
(PRETRIAL SCHEDULING) ORDER

40200.1

PDF created with pdfFactory trial version www.pdffactory.com

**STIPULATION AND ORDER**

NOW, THEREFORE, IN CONSIDERATION OF THE FOREGOING RECITALS, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, by and through their counsel of record, that the parties' Status (Pretrial Scheduling) Order be modified as follows:

1. The parties' deadline for expert witness disclosure and report requirements is continued to **October 6, 2006**.

2. The parties' deadline for rebuttal expert disclosures is continued to **November 10, 2006.**

3. The deadline for completion of discovery on **January 19, 2007** will include the completion of expert witness discovery**.**

**IT IS SO STIPULATED.**

DATED: _____, 2006    LAW OFFICES OF ALAN ADELMAN

By:   /S/
Alan Adelman, Esq.
Attorney for Plaintiff, **DAINA GLASSON**

DATED: _____, 2006    ELIZABETH S. MANCL

By:   /S/
Elizabeth S. Mancl, Esq.
Attorney for Plaintiff, **DAINA GLASSON**

DATED: _____, 2006

HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY, LLP

By:   /S/
Sue Ann Van Dermyden,
Attorney for Defendant,
RES-CARE CALIFORNIA, INC., d.b.a RCCA SERVICES

PDF created with pdfFactory trial version www.pdffactory.com

1
2   The parties' stipulation is adopted.  However, the good cause issue is not reached
3   since the parties' request for modifications to the Status (Pretrial Scheduling) Order can be
4   made without adversely affecting the Court's docket.
5   **IT IS SO ORDERED.**
DATED:  August 16, 2006
6                                              /s/ Garland E. Burrell, Jr.
                                         GARLAND E. BURRELL, JR.
7                                         United States District Judge