IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANA GLASSON,                           No. CIV.S-05-02397 GEB DAD

    Plaintiff,

  v.                                    ORDER

RES-CARE CALIFORNIA, INC,
d.b.a. RCAA SERVICES,

    Defendant.
_____/

       This action came before the court on September 8, 2006, for hearing on defendant's motion to compel the mental examination of plaintiff pursuant to Federal Rule of Civil Procedure 35(a). Elizabeth Mancl appeared on behalf of plaintiff. Jahmal Davis and Renju Jacob appeared on behalf of defendant.

       Having considered all written materials submitted in connection with the motion, and after hearing oral argument, for the reasons set forth on the record, IT IS HEREBY ORDERED that:

/////

1

1. Defendant's motion to compel is granted.

2. Plaintiff is directed to submit to a mental examination to be conducted by Bernard S. Rappaport, M.D. on September 21, 2006, in Sacramento, California.

3. The examination shall last no more than four (4) hours and consist of a comprehensive mental examination consisting of taking plaintiff's complete history and a brief oral mental status examination. No psychological testing is to be conducted.

4. There being no objection from defendant, one of plaintiff's attorneys may observe the examination. One of the defense attorneys may also observe. Counsel are directed to observe in silence without influencing or interrupting the examination in any fashion.

5. In the event the September 21, 2006, examination date becomes untenable due to an irreconcilable conflict in plaintiff or Dr. Rappaport's schedule, the parties shall contact the court forthwith by telephoning Pete Buzo at (916) 930-4128.

DATED: September 11, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
DDad1\orders.civil\glasson2397.oah.090806

2