HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
SUE ANN VAN DERMYDEN - 166158
RENJU P. JACOB - 242388
980 Ninth Street, Suite 1500
Sacramento, CA  95814
Telephone:     (916) 442-3333
Facsimile:     (916) 442-2348
svandermyden@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendant  RES-CARE California, Inc.,
d.b.a. RCCA Services

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAINA GLASSON,<br><br>    Plaintiff,<br><br>    v.<br><br>RES-CARE CALIFORNIA, INC., d.b.a. RCCA SERVICES,<br><br>    Defendant. | No. 05-CV-02397 GEB-DAD<br><br>**JOINT STIPULATION AND ORDER TO MODIFY RULE 35 ORDER**<br><br>**(Federal Rule of Civil Procedure 35, Local Rules 83-143, 5-137)** |

Pursuant to the Court's Local Rules, Rule 83-143 and Rule 5-137, Plaintiff, DAINA GLASSON ("Plaintiff") and Defendant, RES-CARE CALIFORNIA, INC., d.b.a. RCCA SERVICES ("Defendant"), through their respective counsel, hereby enter into the following joint stipulation and respectfully request that the Court modify the Federal Rule of Civil Procedure 35 Order, dated September 11, 2006 to continue the examination date of September 21, 2006.

**RECITALS**

1. The Court entered its original Rule 35 Order ("Order") on September 11, 2006.

2. The Order directed Plaintiff "to submit to a mental examination to be conducted by Bernard Rappaport, M.D. on 9/21/06; the examination shall last no more than 4 hrs. and consist of a comprehensive mental examination; counsel may observe the examination; in the event that the 9/21/06, examination date becomes untenable due to an irreconcilable conflict in pltf or Dr.

- 1 -

JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY RULE 35 ORDER

41075.2

1 Rappaport's schedule, the parties shall contact the court. (Brown, T)"

2     3. On August 29, 2006, the parties participated in a mediation with mediator Vivien
3 Williamson and have since reached settlement of this matter.  The parties are currently working
4 towards execution of a final settlement agreement.

5     4. Accordingly, the parties jointly agree to continue Plaintiff's mental examination
6 currently set for September 21, 2006.  Defendants have advised Dr. Bernard Rappoport, the
7 psychiatrist ordered to conduct the examination, of the status of the case.

8     5. The parties further jointly agree that should the parties fail to execute a settlement
9 agreement, the parties will meet and confer to determine a mutually agreeable date for Plaintiff's
10 court ordered mental examination.  If the parties are unable to determine a mutually agreeable
11 date, they will contact the Court.

12     6. Should the parties execute a settlement agreement, the parties will promptly notify the
13 Court and request that it vacate the Order compelling Plaintiff to attend a mental examination.

14     7. All other terms of the September 11, 2006 order shall remain in effect.

15 **IT IS SO STIPULATED.**

16 DATED:  September 20, 2006      LAW OFFICES OF ALAN ADELMAN

17     By: /s/ Alan Adelman (as authorized on
18         20 September 2006)
        Alan Adelman, Esq.
19         Attorney for Plaintiff, DAINA GLASSON

20 DATED:  September 20, 2006      ELIZABETH S. MANCL

21     By: /s/ Elizabeth S. Mancl (as authorized on
22         20 September 2006)
        Elizabeth S. Mancl, Esq.
23         Attorney for Plaintiff, DAINA GLASSON

24 DATED:  September 20, 2006      HANSON, BRIDGETT, MARCUS,
    VLAHOS & RUDY, LLP
25
    By: /s/ Renju P. Jacob, Esq.
26         Renju P. Jacob, Esq.
        Attorney for Defendant,
27         RES-CARE CALIFORNIA, INC., d.b.a
        RCCA SERVICES
28

[JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY RULE 35 ORDER     41075.2

**STIPULATION AND ORDER**

NOW, THEREFORE, IN CONSIDERATION OF THE FOREGOING RECITALS, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, by and through their counsel of record, that the Rule 35 Order, dated September 11, 2006 be modified as follows:

**IT IS HEREBY ORDERED** that the mental examination of Plaintiff currently ordered for September 21, 2006 be continued to a later date to be determined between the parties.  Should the parties reach and finalize a settlement, the parties shall promptly notify the Court of this fact, and the aforesaid Order directing Plaintiff to attend a mental examination shall be vacated.  If the parties fail to reach settlement and the parties fail to agree upon a mutually agreeable date for Plaintiff to attend a mental examination, the parties shall notify the Court.  The Court's order dated September 11, 2006 shall otherwise remain unchanged.

**IT IS SO ORDERED.**

DATED:   September 21, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/glasson2397.stipord